# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

|  |  |
|---|---|
| SHIRLEY ANN GREER AND SARA SWENTKO, Individually and on Behalf of All Others Similarly Situated., | : : : Case No. 5:19-CV-00920 : : Judge John R. Adams |
| Plaintiffs, | : : |
| v. | : **ORDER** : |
| STERLING JEWELERS, INC., | : : |
| Defendant. | : |

The Court has been informed by counsel for all parties that this matter has settled. Accordingly, it is hereby ORDERED that this matter is dismissed without prejudice for a period of 30 days. The parties have 30 days from today's date to file a dismissal order acknowledging the settlement, and dismissing the case with prejudice. If the parties wish to file a settlement agreement, they may do so under seal. In light of the settlement, all dates, deadlines, and orders to appear are hereby vacated. The Court shall retain jurisdiction over the settlement.

IT IS SO ORDERED.

DATED: 8/17/20						s/John R. Adams
							JOHN R. ADAMS
							UNITED STATES DISTRICT JUDGE